No. 169.   FLORIDA EX REL. HAWKINS *v.* BOARD OF CONTROL ET AL.   Petition for writ of certiorari to the Supreme Court of Florida denied without prejudice to the petitioner's seeking relief in an appropriate United States District Court.   *Robert L. Carter* and *Thurgood Marshall* for petitioner.   *Richard W. Ervin,* Attorney General of Florida, *Ralph E. Odum* and *John J. Blair,* Assistant Attorneys General, and *Wilson W. Wright,* Special Assistant Attorney General, for respondents.

No. 312.   UNITED STATES *v.* WILKINSON.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.   *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Morton Hollander* for the United States.   *Benjamin E. Kantrowitz* for respondent.

No. 360.   MAY SEED & NURSERY Co. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.   *Paul Fred Ahlers* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Harry Marselli* for respondent.

No. 261.   RIKER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this application.   *Howard B. Crittenden, Jr.* for petitioners.   *Solicitor General Rankin, Acting Assistant Attorney General Stull* and *A. F. Prescott* for respondent.